MONIQUE OLIVIER (SBN 190385)
monique@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
(415) 484-0980

Mana Barari (SBN 275328)
mbarari@legalaidatwork.org
Carole Vigne (SBN 251829)
cvigne@legalaidatwork.org
Henry Hewitt (SBN 40851)
hhewitt@legalaidatwork.org
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
(415) 864-8848

*Attorneys for Plaintiff and the Proposed Class*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTILLO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CLEANNET USA, INC., a Virginia corporation; D&G ENTERPRISES, INC., a California corporation, dba CLEANNET OF THE BAY AREA and CLEANNET OF SAN JOSE; CLEANNET OF SOUTHERN CALIFORNIA, INC., a California corporation; PAQNET, INC., a California corporation, dba CLEANNET OF SAN DIEGO; FCDK, INC., a California corporation, dba CLEANNET OF SACRAMENTO; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. 3:17-CV-07277-JCS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The Parties do hereby stipulate as follows:

1. The Court had stayed the case in order for the Parties to explore settlement;
2. The Parties have a tentative agreement as to part of the case, and are attempting to resolve the remaining part of the case;
3. The current Initial Case Management Conference is currently set for June 29, 2018;
4. The Parties agree to, and are requesting, a short continuance of the Conference in order to determine whether further negotiations will be fruitful, and to permit the Parties the necessary time to prepare the required filings before the Case Management Conference.
5. Accordingly, the Parties agree, and request, that the Initial Case Management Conference be continued to July 13, 2018 at 2:00 p.m.

Date: June 14, 2018     Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

*/s/ Monique Olivier*
Monique Olivier

*Attorneys for Plaintiffs and the Proposed Class*

Date: June 14, 2018     LITTLER MENDELSON, P.C.

*/s/ Laura E. Hayward*
Laura E. Hayward

*Attorneys for Defendants CleanNet USA, Inc. and CleanNet of Southern California, Inc.*

Date: June 14, 2018     BARTKO, ZANKEL, BUNZEL & MILLER

*/s/ Charles G. Miller*
Charles G. Miller

*Attorneys for Defendant D&G Enterprises, Inc. (dba CleanNet of the Bay Area and CleanNet of San Jose)*

| | | |
|---|---|---|
| 1 | Date: June 14, 2018 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 2 | | */s/ William V. Whelan* |
| 3 | | William V. Whelan |
| 4 | | *Attorneys for FCDK, Inc. dba CleanNet of Sacramento and PaqNet, Inc. dba CleanNet of San Diego* |

R. Brian Dixon, State Bar No. 076247
Laura E. Hayward, State Bar No. 204014
Joshua Elefant, State Bar No. 312913
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
bdixon@littler.com
lhayward@littler.com
jelefant@littler.com

Charles G. Miller, State Bar No. 39272
Charles Griffith Towle, State Bar No. 146401
Sony Broto Barari, State Bar No. 243379
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
cmiller@bzbm.com
gtowle@bzbm.com
sbarari@bzbm.com

William V. Whelan [SBN 116372]
wwhelan@swsslaw.com
Deborah A. Yates [SBN 315590]
dyates@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, the Initial Case Management Conference is continued to July 13, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Date: June 14, 2018

_____
Joseph C. Spero
United States Magistrate Judge

3
JOINT STIPULATION TO CONTINUE CMC                                  CASE NO. 17-CV-07277-JCS