Monique Olivier, State Bar No. 190385
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: 415. 484.0980
Email: monique@osclegal.com

Mana Barari, State Bar No. 275328
Carole Vigne, State Bar No. 251829
Henry Hewitt, State Bar No. 40851
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: mbarari@legalaidatwork.org, cvigne@legalaidatwork.org, hhewitt@legalaidatwork.org

*Attorneys for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEANNET USA, INC., a Virginia corporation; D&G ENTERPRISES, INC., a California corporation, dba CLEANNET OF THE BAY AREA and CLEANNET of SAN JOSE; CLEANNET OF SOUTHERN CALIFORNIA, INC., a California corporation, dba CLEANNET OF SAN DIEGO; FCDK, INC., a California corporation, dba CLEANNET OF SACRAMENTOand DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 3:17-cv-07277-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Luis Castillo and Defendants CleanNet USA, Inc. and D&G Enterprises Inc. hereby stipulate to dismissal of this action with prejudice as to Plaintiff's individual claims and dismissal of this action without prejudice as to any putative class members. The parties agree to bear their own costs and attorneys' fees.

Dated: April 26, 2019

Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

LEGAL AID AT WORK

*/s/ Monique Olivier*
Monique Olivier
Attorney for Plaintiff

Date: April 26, 2019

LITTLER MENDELSON, P.C.

*/s/ Laura E. Hayward*
Laura E. Hayward

*Attorneys for Defendant CleanNet USA, Inc.*

Date: April 26, 2019

BARTKO, ZANKEL, BUNZEL & MILLER

*/s/ Charles G. Miller*
Charles G. Miller

*Attorneys for Defendant D&G Enterprises, Inc. (dba CleanNet of the Bay Area and CleanNet of San Jose)*

Dated: April 29, 2019

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA